UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
ALEXIS LUCENTE, on behalf of herself and all others : 
similarly situated, and ALVIN SUMIGCAY, individually, :   Case No. 23 Civ. 3560 (SIL)
 :
                            Plaintiffs, :
 :
       -against- :
 :
EAD ENTERTAINMENT, LLC, :
 :
                            Defendant. :
------------------------------------------------------------------------- X

## NOTICE OF PLAINTIFF'S MOTION FOR
## FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Final Approval of the Class Action Settlement, the Declaration of Garrett Kaske and supporting exhibits, with Defendant's consent, Plaintiff respectfully requests that the Court:

(1) grant final approval of the settlement on the terms set forth in the Agreement, attached as Exhibit A to the Kaske Declaration;

(2) grant final certification, for settlement purposes only, of the New York Class under Federal Rule of Civil Procedure 23(b)(3) and the Collective under Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*;

(3) approve the Service Payments to the Service Payment Recipients;

(4) approve the fees and costs of Xpand Legal Consulting LLC as the Settlement Administrator; and

(5) approve the fees and costs of Kessler Matura P.C. and Stevenson Marino LLP.

For the Court's convenience, attached as Exhibit J is a proposed Order.

Dated: October 28, 2024
       Melville, New York

                                                        Respectfully submitted,

                                                        By: /s/ Garrett Kaske
                                                            Garrett Kaske

                                                Troy L. Kessler
Garrett Kaske
Benjamin A. Goldstein
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com
bgoldstein@kesslermatura.com

Justin R. Marino
Jeffrey R. Maguire
**STEVENSON MARINO L.L.P.**
445 Hamilton Ave., Ste. 1500
White Plains, NY 10601
Phone: (212)-939-7227
jmarino@stevensonmarino.com
jmaguire@stevensonmarino.com

*Attorneys for Plaintiff and the Proposed FLSA Collective and the New York Class*

To:    Lisa M. Koblin
Carolyn A. Pellegrini
**SAUL EWING LLP**
Centre Square West
15000 Market Street, 38th Floor
Philadelphia, PA 19102
Phone: (215) 972-7896
lisa.koblin@saul.com
carolyn.pellegrini@saul.com

Erik P. Pramschufer
**SAUL EWING LLP**
1270 Avenue of the Americas
Suite 2800
New York, NY 10020
Phone: (212) 980-7216
Erik.pramschufer@saul.com

*Attorneys for Defendant EAD Entertainment, LLC*